# Third District Court of Appeal
## State of Florida

Opinion filed March 22, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1653
Lower Tribunal No. F06-5320

————————

**Ronald Barnett,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Ronald Barnett, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>State v. McKenzie</u>, 331 So. 3d 666 (Fla. 2021), and <u>Alvarez v. State</u>, 345 So. 3d 378 (Fla. 3d DCA 2022).